**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | No. CR-13-340-PHX-SRB (MHB) |
|---|---|---|
| Plaintiff, | ) | **ORDER OF DETENTION** |
| vs. | ) | |
| Michael Patrick, Jr., | ) | |
| Defendant. | ) | |

In accordance with Title 18 U.S.C. § 3142 of the Bail Reform Act, a detention hearing was held in the above-captioned matter. The Court finds that the Government has established: (Check one or both, as applicable)

☐ by clear and convincing evidence, Defendant is a danger to the community and shall be detained pending trial.

☐ by a preponderance of the evidence, Defendant is a serious flight risk and shall be detained pending trial.

**PART I -- FINDINGS OF FACT**

☐ (1) There is probable cause to believe that Defendant has committed the following:

☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. §§ 801 *et seq.*, 951 *et seq.*, or 46 U.S.C. App. § 1901 *et seq.*

☐ an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332(b).

☐ an offense listed in 18 U.S.C. § 2332b(g)(5)(B) (crimes of terrorism) for which a maximum term of imprisonment of ten years or more is prescribed.

☒ an offense involving a minor victim prescribed in 18 U.S.C. § 2241(c) (aggravated sexual abuse of a child under the age of 12).

☒ (2) Defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure Defendant's appearance as required at future court proceedings if Defendant were released.

**Alternative Findings**

☐ (1) There is a serious risk that Defendant will flee and no condition or combination of conditions will reasonably assure Defendant's appearance as required at future court proceedings.

☐ (2) No condition or combination of conditions will reasonably assure the safety of the community or others if Defendant were released from detention.

☐ (3) There is a serious risk that the defendant will (obstruct or attempt to obstruct justice) (threaten, injure, or intimidate a prospective witness or juror).

☐ (4) _____

_____

_____

_____

**PART II -- WRITTEN STATEMENT OF REASONS FOR DETENTION**
(Check one or both, as applicable)

☐ (1) The Court finds that credible testimony and information submitted at the hearing

- 2 -

establish by clear and convincing evidence as to danger that:

_____

☒ (2) The Court finds by a preponderance of the evidence as to risk of flight that:

  ☐ Defendant has no significant contacts in the District of Arizona;

  ☐ Defendant has no resources in the United States from which he/she might make a bond reasonably calculated to assure his/her future appearance;

  ☒ Defendant has a prior criminal history;

  ☒ Defendant has a record of failure(s) to appear in court as ordered;

  ☐ Defendant attempted to evade law enforcement contact by fleeing from law enforcement;

  ☒ Defendant is facing a minimum mandatory of 30 years of imprisonment and a maximum of life if convicted;

☐ Defendant does not dispute the information contained in the Pretrial Services Report, and all supplements, if any,  except:

_____
_____

☒    In addition:
1. Defendant, age 28, has been unemployed for four years; 2. Defendant has a history of using and abusing alcohol since age 18, including a felony Aggravated DUI; 4. Defendant has a history of failing to comply with court orders, such as, multiple violations of orders of protection in 2012 and 2013, driving on a suspended license in 2008 and 2009, and multiple violations of probation in 2003, 2004, 2006, and 2007.

The Court incorporates by reference the findings of the Pretrial Services report and

1   all supplements, if any, which were reviewed by the Court at or before the time of the

2   hearing in this matter.

3   **PART III -- DIRECTIONS REGARDING DETENTION**

4   **IT IS ORDERED** that Defendant is hereby committed to the custody of the

5   Attorney General or his/her designated representative for confinement in a corrections

6   facility separate, to the extent practicable, from persons awaiting or serving sentences or

7   being held in custody pending appeal. 18 U.S.C. § 3142(i)(2). Defendant shall be afforded

8   a reasonable opportunity for private consultation with defense counsel. 18 U.S.C. § 3142

9   (i)(3). Upon order of a court of the United States or request of an attorney for the Govern-

10  ment, the person in charge of the corrections facility shall deliver Defendant to the United

11  States Marshal Service for the purpose of an appearance in connection with a court

12  proceeding. 18 U.S.C. § 3142(i)(4).

13  **PART IV -- APPEALS AND THIRD PARTY RELEASE**

14  **IT IS FURTHER ORDERED** that should a review of this detention order be

15  filed pursuant to 18 U.S.C. § 3145, it is the responsibility of the movant's attorney to

16  deliver a copy of the motion for review to U.S. Pretrial Services, at least, one day prior to

17  the review hearing set before the assigned District Judge. Pursuant to Rule 59(a), Fed.R.

18  Crim.P. (2010), a party seeking review shall have **fourteen (14) days** to file a motion for

19  review after being served with a copy of this written order, after the oral order is stated on

20  the record, or at some other time the assigned District Judge may set. Failure to timely file

21  a motion for review in accordance with Rule 59(a) may waive the right to review. Rule

22  59(a), Fed.R.Crim.P.

23  **IT IS FURTHER ORDERED** that the issue of detention may be reopened at any

24  time before trial upon a finding that information exists that was not known to the movant

25  at the time of the detention hearing and such information has a material bearing on the

26  issue whether there are conditions of release that will reasonably assure the appearance of

27  ///

28

1  Defendant as required and the safety of any other person and the community. Title 18

2  U.S.C. § 3142(f).

3         DATED this 12th day of April, 2013.

4

5

6                              Lawrence O. Anderson
                               United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28